PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Plaintiff,
AMERICAN NATIONAL
PROPERTY AND CASUALTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY, a foreign corporation,<br><br>Plaintiff<br><br>vs.<br><br>DOUGLAS BEAVERS, individually and as Father and Natural Guardian of T.Y., a Minor Child; DOES 1 through 5,<br><br>Defendant | Case No. 2:23-cv-00913-CDS-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto, by and through their counsel of record, that the above-entitled action be dismissed with prejudice as to all parties, each party to bear their own fees, costs, and expenses.

DATED:  August 8, 2024

THORNDAL ARMSTRONG, PC

*/s/ Philip Goodhart*
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Plaintiff, AMERICAN
NATIONAL PROPERTY AND CASUALTY

DATED:  August 8, 2024

MADDOX & CISNEROS LLP

*/s/ Barbara M. McDonald*
_____
NORBERTO J. CISNEROS, ESQ.
Nevada Bar No. 8782
BARBARA M. MCDONALD, ESQ.
Nevada Bar No. 11651
1210 S. Valley View Blvd., Suite 202
Las Vegas, Nevada 89102
Attorneys for Defendant,
DOUGLAS BEAVERS

*American National v. Beavers*
Case No. 2:23-cv-00913

## **ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

DATED:  August 13, 2024

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

*/s/ Philip Goodhart*
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Plaintiff, AMERICAN
NATIONAL PROPERTY AND
CASUALTY